**No. 40594.**—Protest 949011–G of American Pistachio Corp. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 40595.**—Protests 954138–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40596.**—Protest 960196–G of Balfour, Guthrie & Co., Ltd. (New York).

Opinion by KEEFE, J. On the authority of *American Push Broom & Brush Co.* v. *United States* (25 C. C. P. A. 248, T. D. 49391) the palmyra fiber in question was held free of duty under paragraph 1684 as claimed.

**No. 40597.**—Protest 938981–G of Sally Rothschild (Pittsburgh).

Opinion by CLINE, J. From an examination of the record it was found that the plaintiff received exemption from duty on all the articles that were entitled to free entry. The protest was therefore overruled.

**No. 40598.**—Protest 937500–G of E. B. Meyrowitz, Inc. (New York).

Opinion by KEEFE, J. It was found from the record that the cameras were returned to the shipper to repair the winding keys. It was discovered that the keys were defective when originally installed, therefore new keys were substituted for the defective parts. It was held that this can not be regarded as restoring the cameras to their original condition after injury, deterioration, or partial destruction. Abstract 25394 cited. The protest was therefore overruled.

BEFORE THE THIRD DIVISION, FEBRUARY 6, 1939

**No. 40599.**—Protest 965367–G of G. Gordon Massey (Baltimore).

Opinion by CLINE, J. There was no appearance on the part of the plaintiff when the case was called for trial. On the record presented the protest was overruled.